IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff-Appellee, | * |
| vs. | * Case No. CR 119-003 |
| CEDRIC DERRELL DAVENPORT, | * |
| Defendant-Appellant. | * |

### O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this 20th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE